PER CURIAM.
D.Z. and D.P. (the Relatives), the maternal great-grandfather and the maternal grandmother, respectively, of D.A.G. and T.G., seek review of the trial court’s nonfi-nal order denying their motion for visitation. We do not have jurisdiction to review this nonfinal order as an interlocutory appeal. See Fla. R.App. P. 9.130(a)(3). However, we elect to treat the Relatives’ *483 timely filed notice of appeal as a petition for writ of certiorari. See Fla. R.App. P. 9.040(c). We deny the petition. See Sullivan v. Sapp, 866 So.2d 28 (Fla.2004); A.D. v. KS. (In re S.D.), 869 So.2d 39 (Fla. 2d DCA2004).
Petition denied.
DAVIS, CANADY, and WALLACE, JJ., concur.